**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,**<br>***Plaintiff,***<br><br>**v.**<br><br>**CHRISTOPHER S. HULL, MISTY R. HULL, and SECRETARY OF HOUSING AND URBAN DEVELOPMENT,**<br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **MO:25-CV-00444-DC** |

**ORDER**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (Doc. 27) concerning Plaintiff Lakeview Loan Servicing, LLC's Motion for Default Judgment (Doc. 22).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **GRANTS** the Motion for Default Judgment (Doc. 22). A final judgment will be entered following this Order.

It is so **ORDERED**.

**SIGNED this 18th day of August 2026.**

**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**